# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN CRUZ,<br><br>                    Plaintiff,<br><br>      v.<br><br>SCHWARZENEGGER, et. al.,<br><br>                    Defendants.         / | CV F   06 759 AWI LJO P<br><br>ORDER DENYING MOTION REQUESTING JUDICIAL NOTICE (Doc. 6.) |

  Brian Cruz ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action filed pursuant to 42 U.S.C. § 1983.

  On July 6, 2006, Plaintiff filed a pleading titled "Motion Requesting Court Take Judicial Notice" in which he requests that the Court take judicial notice of various documents attached to the Motion.  The documents concern Plaintiff's administrative grievances and appear to support Plaintiff's contention that he has "exhausted" his administrative remedies.

  The Court may take judicial notice of facts that are capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned. Fed. R. Evid. 201(b); United States v. Bernal-Obeso, 989 F.2d 331, 333 (9th Cir. 1993).  Judicial notice

1

1  may be taken of court records. <u>Valerio v. Boise Cascade Corp.</u>, 80 F.R.D. 626, 635 n. 1
2  (N.D.Cal.1978), *aff'd*, 645 F.2d 699 (9th Cir.); <u>see also</u> <u>Colonial Penn Ins. Co. v. Coil</u>, 887 F.2d
3  1236, 1239 (4th Cir. 1989); <u>Rodic v. Thistledown Racing Club, Inc.</u>, 615 F.2d 736, 738 (6th Cir.
4  1980).

5　　　　In this case, the type of documentation attached to the Motion are not the type of
6  documents that a Court would ordinarily take judicial notice of.  The documents support
7  Plaintiff's contention that he has exhausted his administrative remedies or that he is trying to
8  exhaust his administrative remedies.  As such, they are evidence in support of that contention and
9  as exhaustion is not yet an issue in this case, they are unnecessary at this stage in the proceedings.
10 Accordingly, the Motion Requesting Judicial Notice is DENIED.

12 IT IS SO ORDERED.

13 **Dated:   July 7, 2006**　　　　　　　　　／s/ Lawrence J. O'Neill
　　b9ed48　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE