# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN CRUZ, | CV F   06 759 AWI LJO P |
| Plaintiff, | ORDER DENYING MOTION REQUESTING JUDICIAL NOTICE (Doc. 10.) |
| v. | |
| SCHWARZENEGGER, et. al., | |
| Defendants. | |

Brian Cruz ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action filed pursuant to 42 U.S.C. § 1983.

On July 11, 2006, Plaintiff filed a pleading titled "Emergency Motion Requesting Court Take Judicial Notice" in which he states that new facts have arisen requiring the Court hear the Motion for Temporary Restraining Order immediately.

Plaintiff has been informed previously that the Court may take judicial notice of facts that are capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned. Fed. R. Evid. 201(b); United States v. Bernal-Obeso, 989 F.2d 331, 333 (9th Cir. 1993).   Judicial notice may be taken of court records. Valerio v. Boise Cascade

1

1  Corp., 80 F.R.D. 626, 635 n. 1 (N.D.Cal.1978), *aff'd*, 645 F.2d 699 (9th Cir.); see also Colonial
2  Penn Ins. Co. v. Coil, 887 F.2d 1236, 1239 (4th Cir. 1989); Rodic v. Thistledown Racing Club,
3  Inc., 615 F.2d 736, 738 (6th Cir. 1980).

4      In this case, the type of documentation attached to the Motion are not the type of
5  documents of which a Court would ordinarily take judicial notice.  Further, the fact that Plaintiff
6  calls something an "Emergency" Motion does not make judicial notice appropriate.  The new
7  facts raised relate to Plaintiff's pending Motion for Temporary Restraining Order currently
8  pending before the Court.  Plaintiff is advised that his is not the only case of this nature.  The
9  Court has hundreds of similar cases pending at any given time, each warranting the Court's
10 attention.  The filing of improper Motions only serves to the divert the Court's attention from
11 these cases, including Plaintiff's, in order to resolve these types of Motions.  Accordingly, the
12 Emergency Motion Requesting Judicial Notice is DENIED.

15 IT IS SO ORDERED.

16 **Dated:   July 13, 2006**                       /s/ Lawrence J. O'Neill
    b9ed48                                               UNITED STATES MAGISTRATE JUDGE