UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN CRUZ, | 1:06-CV-00759 AWI LJO |
| Plaintiff, | ORDER GRANTING MOTION FOR EXTENSION OF TIME |
| v. | |
| GOVERNOR SCHWARTZENEGGER, et al., | (DOCUMENT #17) |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. Section 1983. On August 4, 2006, plaintiff filed a motion to extend time to file objections. Inasmuch as plaintiff filed his objections on August 14, 2006, and good cause having been presented to the court, IT IS HEREBY ORDERED THAT plaintiff's motion to extend time to file objections is GRANTED nunc pro tunc.

IT IS SO ORDERED.

**Dated:   September 14, 2006**          /s/ Lawrence J. O'Neill
b6edp0                                    UNITED STATES MAGISTRATE JUDGE