1
2
3
4
5
6
7
8           IN THE UNITED STATES DISTRICT COURT FOR THE
9                   EASTERN DISTRICT OF CALIFORNIA
10

11   BRIAN CRUZ,                          1:06-cv-0759 LJO-GSA (PC)

12           Plaintiff,                   ORDER GRANTING FIRST MOTION
                                          TO EXTEND TIME TO FILE AMENDED
13       vs.                              COMPLAINT

14   SCHWARTZENEGGER, et al.,             (DOCUMENT #34)

15           Defendants.                  90 DAY DEADLINE

16   _____/

17          Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. §

18   1983.  On July 1, 2008, plaintiff filed a motion to extend time to file his amended complaint.

19   Good cause having been presented to the court and GOOD CAUSE APPEARING

20   THEREFOR, IT IS HEREBY ORDERED that:

21          Plaintiff is granted ninety (90) days from the date of service of this order in which to file

22   his amended complaint, pursuant to the court's order of May 29, 2008.

23          IT IS SO ORDERED.

24      Dated:   **July 10, 2008**          **/s/ Gary S. Austin**
                                         UNITED STATES MAGISTRATE JUDGE
25

26

27

28