IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN CRUZ, | 1:06-cv-00759 LJO-GSA (PC) |
| Plaintiff, | ORDER GRANTING SECOND MOTION TO EXTEND TIME TO FILE AN AMENDED COMPLAINT |
| vs. | |
| SCHWARZENEGGER, et al., | (DOCUMENT #36) |
| Defendants. | SIXTY DAY DEADLINE |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On September 18, 2008, plaintiff filed a motion to extend time to file his amended complaint. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted sixty (60) days from the date of service of this order in which to file his amended complaint, pursuant to the court's order of May 29, 2008.

IT IS SO ORDERED.

Dated:   **September 29, 2008**                        /s/ **Gary S. Austin**
                                                                    UNITED STATES MAGISTRATE JUDGE